| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TUI Bayside LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1054918** |

| 4. | **Debtor's address** | **Principal place of business**  **520 Bay Point Rd.**  **Miami, FL 33137**  Number, Street, City, State & ZIP Code  **Miami-Dade**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor **TUI Bayside LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| District | **S.D. Fla.** | When | **7/24/23** | Case number | **23-15731-CLC** |
| District | | When | | Case number | |

Debtor **TUI Bayside LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor   **TUI Bayside LLC**_____   Case number (*if known*)_____
         Name

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000  ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

Case 25-16337-LMI    Doc 1    Filed 06/04/25    Page 4 of 10

Debtor  **TUI Bayside LLC**          Case number (*if known*) _____
        Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 4, 2025**
                  MM / DD / YYYY

**X**   **/s/ Michael Eisenberg**            **Michael Eisenberg**
     Signature of authorized representative of debtor       Printed name

Title   **Manager**

**18. Signature of attorney**

**X**   **/s/ Nathan G. Mancuso**         Date   **June 4, 2025**
     Signature of attorney for debtor                 MM / DD / YYYY

**Nathan G. Mancuso 174254**
Printed name

**Mancuso Law, P.A.**
Firm name

**7777 Glades Rd., Suite 100**
**Boca Raton, FL 33434**
Number, Street, City, State & ZIP Code

Contact phone   **561-245-4705**      Email address   **ngm@mancuso-law.com**

**174254 FL**
Bar number and State

---

## Resolution of TUI Bayside LLC

Whereas, it is in the best interest of this company, TUI Bayside LLC (the "Company") to file a chapter 11 bankruptcy proceeding pursuant to chapter 11 of title 11 of the United States Code;

Be It Therefore Resolved, that Michael Eisenberg, as the Company's Manager, is authorized and directed to execute and deliver all documents necessary to effectuate the chapter 11 bankruptcy proceeding on behalf of the Company; and

Be It Further Resolved, that Michael Eisenberg, as the Company's Manager, is authorized and directed to appear in all proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such chapter 11 bankruptcy proceeding, and

Be It Further Resolved, that the Company is authorized and directed to employ attorney Nathan G. Mancuso, Esq. and the law firm Mancuso Law, P.A. to represent the Company in such chapter 11 bankruptcy proceeding consisted with the engagement agreement which has been accepted and acknowledged by Michael Eisenberg, as the Company's Manager.

Dated:   May 27, 2025                                By:   _____
                                                                  Michael Eisenberg
                                                                  Manager

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| In re:<br><br>TUI BAYSIDE LLC,<br><br>Debtor. | Case No. 25-_____-BKC-\_\_\_<br><br>Chapter 11 |
|---|---|

**DEBTOR'S STATEMENT OF UNAVAILABILITY OF CERTAIN FINANCIAL DOCUMENTS PURSUANT TO 11 U.S.C. § 1116(1)(B)**

Debtor TUI Bayside LLC hereby states, pursuant to 11 U.S.C. § 1116(1)(B), that it has not prepared a balance sheet, statement of operations or cash-flow statement, and no federal income tax return has been filed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2025.

/s/ *Michael Eisenberg*
Michael Eisenberg
Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TUI Bayside LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James B. Miller, P.A.  Attn: James B. Miller, Esq.  19 W. Flagler St., Ste. 416  Miami, FL 33130 | | legal services | Unliquidated | | | unknown |
| Marie Grossfeld  1000 Quayside Terr., Apt. 1107  Miami, FL 33138 | | contingent unliquidated litigation claim | Contingent Unliquidated Disputed | | | unknown |
| Mark Migdal & Hayden LLC  Attn: Jose M. Ferrer, Esq.  80 SW 8th St., Ste. 1999  Miami, FL 33130 | | legal services | Unliquidated Disputed | | | unknown |
| Miami-Dade County Tax Collector  200 NW 2nd Ave.  Miami, FL 33128-1733 | | notice only | | | | unknown |
| Miami-Dade County Unsafe Structures Bd.  11805 SW 26th St.  Miami, FL 33175 | | County code enforcement claim | Contingent Unliquidated | | | unknown |
| Michael Feldman  600 NE 27th St., PH3  Miami, FL 33137 | | held mortgage on fraudulently transferred property | Contingent Unliquidated | | | unknown |
| Reorg LLC  201 Alhambra Cir., Ste. 1205  Miami, FL 33134 | | held mortgage on fraudulently transferred property | Contingent Unliquidated Disputed | | | unknown |
| Twig, Trade & Tribunal, PLLC  Attn: Morgan Weinstein, Esq.  1512 E. Broward Blvd., Ste. 204A  Fort Lauderdale, FL 33301 | | legal services | Unliquidated | | | unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

```
GrayRobinson, P.A.
333 S.E. 2nd Ave., Ste. 3200
Miami, FL 33131


James B. Miller, P.A.
Attn: James B. Miller, Esq.
19 W. Flagler St., Ste. 416
Miami, FL 33130


Marie Grossfeld
1000 Quayside Terr., Apt. 1107
Miami, FL 33138


Mark Migdal & Hayden LLC
Attn: Jose M. Ferrer, Esq.
80 SW 8th Street, Suite 1999
Miami, FL 33130


Miami-Dade County
444 W 2nd Ave., 5th Floor
Miami, FL 33130-1910


Miami-Dade County Tax Collector
200 NW 2nd Ave.
Miami, FL 33128-1733


Miami-Dade County Unsafe Structures Bd.
11805 SW 26th St.
Miami, FL 33175


Michael Feldman
600 NE 27th St., PH3
Miami, FL 33137


Michael Feldman
25 SE 2nd Ave., Ste. 550
PMB 480
Miami, FL 33131


Michael Feldman
1424 NE Miami Pl.
Miami, FL 33132-1368
```

```
Reorg LLC
201 Alhambra Cir., Ste. 1205
Miami, FL 33134


Sanchez-Medina, Gonzalez, Quesada, et al
Attn: Mitchell Mandler, Esq.
201 Alhambra Cir.
Miami, FL 33134


Saul Ewing LLP
Attn: Juan C. Martinez, Esq.
701 Brickell Ave., 17th Floor
Miami, FL 33131


Twig, Trade & Tribunal, PLLC
Attn: Morgan Weinstein, Esq.
1512 E. Broward Blvd., Ste. 204A
Fort Lauderdale, FL 33301
```