UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT
OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>TUI BAYSIDE LLC,<br><br>    Debtor. | Case No. 25-16337-LMI<br><br>Chapter 11 (Subchapter V) |

**CREDITORS' JAMES B. MILLER, P.A. AND JAMES B. MILLER, ESQ.,
JOINDER TO DEBTOR'S RESPOSE IN OPPOSITION TO JEFFREY GROSSFELD'S
EMERGENCY MOTION TO DISMISS CHAPTER 11 (SUBCHAPTER V)
BANKRUPTCY AS BAD FAITH FILING BY AN UNAUTHORIZED PERSON**

Creditors' James B. Miller, P.A. and James B. Miller, Esq., (the "JBM Attorneys") hereby file this Joinder and otherwise join in the *Debtor's Response in Opposition to Jefferey Grossfeld's Emergency Motion to Dismiss Chapter 11 (Subchapter V) Bankruptcy as Bad Faith Filing by an Unauthorized Person* and request the Court to deny dismissal of this case.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of this Pleading has been served on this 18th day of July, 2025, *via* CM/ECF by the Clerk of the Court immediately upon the fling of same with the Bankruptcy Court upon those named below receiving copies *via* CM/ECF; and, via U.S. Mail upon those named on the attached U.S. mail service list.

Respectfully submitted this 18th day of July, 2025.

                    JAMES B. MILLER, P.A.
                    James B. Miller, Esq.
                    19 West Flagler Street, Suite 416
                    Miami, FL 33130
                    Tel. No. (305) 374-0200
                    Fax. No. (305) 374-0250

                    /s/ James B. Miller
                    JAMES B. MILLER, ESQ.
                    Florida Bar No. 0009164

**CM/ECF Electronic Service List:**

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

Soneet Kapila on behalf of Trustee Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

Nathan G Mancuso on behalf of Debtor TUI Bayside LLC
ngm@mancuso-law.com

Nathan G Mancuso on behalf of Plaintiff TUI Bayside LLC
ngm@mancuso-law.com

James B Miller on behalf of Creditor James B. Miller, P.A.
bkcmiami@gmail.com

James B Miller on behalf of Creditor James B. Miller, Esq.
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Debtor TUI Bayside LLC
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;lsalazar@coleschotz.com;JCeide@coleschotz.com;LLorenzo@coleschotz.com;Alee-sin@coleschotz.com;lee-sin@salazar.law