UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re                                                                Case No. 25-16337-LMI

TUI BAYSIDE LLC,                                         Chapter 11 (Subchapter V)

_____Debtor._____/

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
PURSUANT TO RULE 2016(b)**

I, Luis Salazar, Esq., of the law firm of Cole Schotz P.C., as counsel for TUI Bayside, LLC, pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), certify and disclose as follows:

1. I am the attorney for the above-named Debtor in this Chapter 11 case. I submit that Cole Schotz P.C. ("**Cole Schotz**") did not receive any compensation within one year prior to the filing of the petition in this Chapter 11 proceeding.

2. On or about July 3, 2025, Cole Schotz received a $15,000 security retainer paid on behalf of TUI Bayside, LLC (as legitimately controlled by Jeffrey Grossfeld) by Reorg, LLC. Cole Schotz continues to hold this $15,000 security retainer in trust to be applied at a future time for payment of services rendered in this case.

3. There is no agreement of any nature to share the above-disclosed compensation with any other person(s) unless they are members and regular associates of Cole Schotz. No promises have been made or received by Cole Schotz P.C. or any member thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or my firm for representation of the Debtor in this bankruptcy proceeding.

September 26, 2025             /s/ *Luis Salazar*
                                Luis Salazar

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

      */s/ Luis Salazar*
      Luis Salazar

## SERVICE LIST

Electronic Notice List:

- **Dan L Gold**   Dan.L.Gold@usdoj.gov
- **Soneet Kapila**   trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **James B Miller**   bkcmiami@gmail.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**   lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;lsalazar@coleschotz.com;JCeide@coleschotz.com;LLorenzo@coleschotz.com;Alee-sin@coleschotz.com;